IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

UGI SUNBURY LLC, :
: No. 3:16-CV-00784
Plaintiff :
: The Honorable Edwin M. Kosik
v. :
:
A PERMANENT EASEMENT FOR :
2.4645 ACRES, AND TEMPORARY :
CONSTRUCTION AND ACCESS :
EASEMENT FOR 4.009 ACRES :
LOCATED IN DERRY AND ANTHONY :
TOWNSHIPS, MONTOUR COUNTY, :
PENNSYLVANIA TAX PARCEL :
NO. 1-6-82 :
:
POWERVIEW FARMS, INC. :
396 FAIRVIEW ROAD :
DANVILLE, PA  17821 :
:
THE TURBOTVILLE NATIONAL BANK :
PO BOX 37 :
4710 STATE ROUTE 54 :
TURBOTVILLE, PA  17772-0037 :
:
COMMONWEALTH OF PENNSYLVANIA :
DEPARTMENT OF HIGHWAYS :
PA DEPARTMENT OF :
TRANSPORTATION :
KEYSTONE BUILDING :
400 NORTH STREET :
HARRISBURG PA 17120 :
:

1021499.1

AND ALL UNKNOWN OWNERS,      :
:
    Defendants                                  :

## ENTRY OF APPEARANCE

Kindly enter the appearance of Stephanie DiVittore, Esquire and Rhoads & Sinon LLP as counsel for Turbotville National Bank in the above-captioned matter.

Respectfully submitted,

RHOADS & SINON LLP

By:    /s/ Stephanie DiVittore
Stephanie E. DiVittore
Attorney I.D. No. 85906
sdivittore@rhoads-sinon.com
One South Market Square
P.O. Box 1146
Harrisburg, PA  17109
(717) 233-5731

Attorneys for
Turbotville National Bank

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2016, the foregoing Entry of Appearance was electronically filed with the Clerk of the Court for the United States District for the Middle District of Pennsylvania using the CM/ECF system. Notice of this filing will be sent as follows:

Paige Macdonald-Matthes, Esquire
Obermayer Rebmann Maxwell & Hippell LLP
200 Locust Street, Suite 400
Harrisburg, PA 17101

Michael F. Faherty, Esquire
Faherty Law Firm
75 Cedar Avenue
Hershey, PA 17033

/s/ Stephanie E. DiVittore
Attorney I.D. No. 85906