IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UGI SUNBURY LLC,                          :        Case No: 3:16-CV-00784
                                          :
              PLAINTIFF                   :        (Judge Brann)
                                          :
       v.                                 :
                                          :
A PERMANENT EASEMENT FOR                  :
2.4645 ACRES, AND TEMPORARY               :
CONSTRUCTION AND ACCESS                   :
EASEMENT FOR 4.009 ACRES                  :
LOCATED IN DERRY AND ANTHONY              :
TOWNSHIPS,  MONTOUR COUNTY,               :
PENNSYLVANIA TAX PARCEL                   :
NO. 1-6-82                                :
                                          :
POWERVIEW FARMS, INC.                     :
396 FARMVIEW ROD                          :
DANVILLE, PA 17821                        :
396 FAIRVIEW ROAD                         :
DANVILLE, PA 17821                        :
                                          :
THE TURBOTVILLE NATIONAL BANK :
PO BOX 37                                 :
4710 STATE ROUTE 54                       :
TURBOTVILLE, PA 17772-0037                :
                                          :
COMMONWEALTH OF                           :
PENNSYLVANIA                              :
DEPARTMENT OF HIGHWAYS                    :
PA DEPARTMENT OF                          :
TRANSPORTATION                            :
KEYSTONE BUILDING                         :
400 NORTH STREET                          :
HARRISBURG PA 17120                       :
                                          :
AND ALL UNKNOWN OWNERS                    :
                                          :

DEFENDANTS                    :

## ORDER
August 2, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS

HEREBY ORDERED THAT:

1. Plaintiff UGI Sunbury LLC's Motion for Hearing (ECF No. 16) is DENIED;

2. Plaintiff UGI Sunbury LLC's Motion For Partial Summary Judgment (ECF
   No. 14) is GRANTED;

3. Plaintiff UGI Sunbury LLC's Motion For Preliminary Injunction (ECF No.
   12) is GRANTED;

4. Plaintiff UGI Sunbury LLC shall post a surety bond with the Clerk of Court
   in the amount of $129,470.00,[1] payable to "Clerk, U.S. District Court," and
   sent to U.S. Courthouse and Federal Building, Suite 401, 240 West Third
   Street, Williamsport, Pennsylvania 17701. The surety bond will be held in
   the vault located in the Clerk's Office, Middle District of Pennsylvania,
   Williamsport Division.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

---

[1] 2.4645 + 4.009 acres x $20,000.