# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UGI SUNBURY, LLC, | No. 3:16-CV-00784 |
| Plaintiff. | (Judge Brann) |
| v. | |
| A PERMANENT EASEMENT FOR 2.4645 ACRES, AND TEMPORARY CONSTRUCTION AND ACCESS EASEMENT FOR 4.009 ACRES LOCATED IN DERRY AND ANTHONY TOWNSHIPS, MONTOUR COUNTY, PENNSYLVANIA TAX PARCEL NO. 1-6-82, | |
| POWERVIEW FARMS, INC., | |
| THE TURBOTVILLE NATIONAL BANK, | |
| AND ALL UNKNOWN OWNERS, | |
| Defendant. | |

## **ORDER**

**AND NOW**, this 26th day of January 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Extension of Time to Submit a Supplementary Expert's Report, ECF No. 42, is **GRANTED.**

2. Plaintiff **MAY FILE** a rebuttal to Defendant's supplemental expert report by February 16, 2018.

3. Defendants' Motion to Stay, ECF No. 48, is **DENIED.**

4. At the March 3, 2018 trial, the parties **SHALL PRESENT** evidence on "just compensation" for the land taken by Plaintiff, as that standard is defined under both federal and Pennsylvania law.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge